UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

FELIPE FERNANDO FLORES,

                                        Petitioner,

                v.

KEN GENALO, NY Director, Field Office, Enforcement
and Removal Operations, U.S. Immigration and Customs
Enforcement; TODD LYONS, Director, U.S.
Immigrations and Customs Enforcement;
MARKWAYNE MULLIN[1], Secretary of the Department
of Homeland Security; and TODD BLANCHE, Acting
Attorney General of the United States,

                                        Respondents.

-------------------------------------------------------------------x

**FILED**
**CLERK**

5/6/2026 2:56 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**STIPULATION**
**OF DISMISSAL WITHOUT**
**PREJUDICE**

Civil Action No.
26-cv-1855 (GRB)

IT IS HEREBY STIPULATED AND AGREED, by and between the Petitioner Felipe

Fernando Flores and Respondents Ken Genalo, NY Director, Field Office, Enforcement and

Removal Operations, U.S. Immigration and Customs Enforcement; Todd Lyons, Director, U.S.

Immigrations and Customs Enforcement; Markwayne Mullin, Secretary of the Department of

Homeland Security; and Todd Blanche, Acting Attorney General of the United States (collectively,

the "Respondents"), through their undersigned counsel that:

1.      This action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P.

        41(a)(1)(A)(ii).

2.      Petitioner's counsel reserves the right to pursue eligible attorneys' costs, expenses,

        and fees pursuant to the requirements outlined under Equal Access to Justice Act

---

[1]   Under Fed. R. Civ. P. 25(d), the successor of a party who is a public official is automatically substituted as the party to the suit, therefore, Secretary of the United States Department of Homeland Security Markwayne Mullin has been substituted for former Secretary Kristi Noem, and Acting Attorney General Todd Blanche has been substituted for former Attorney General Pamela Bondi.

("EAJA"), 28 U.S.C. § 2412(d) & 5 U.S.C. § 504 *et seq*.

3.      The Clerk of the Court shall enter a judgment in accordance with this Stipulation and Order.

Dated: Maspeth, New York
       May 6, 2026

MUSA-OBREGON LAW P.C.
*Counsel for Petitioner*
55-21 69th Street
Maspeth, New York 11378

By:    */s/ S. Michael Musa-Obregon*

S. Michael Musa-Obregon
718-803-1000
michael@musa-obregon.com

Dated: Central Islip, New York
       May 6, 2026

JOSEPH NOCELLA, JR
United States Attorney
*Counsel for Respondents*
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By:    */s/ Megan J. Freismuth*

Megan J. Freismuth
Assistant U.S. Attorney
(631) 715-7900
Megan.freismuth@usdoj.gov

**So Ordered**

May 6 , 2026


___*/s/ Gary R. Brown*_____
HONORABLE GARY R.
BROWN U.S. District Judge
E.D.N.Y.